**FILED**
April 26, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) </br> ) </br> Plaintiff, ) </br> v. ) </br> ) </br> DAVID LEE ARNETTE, ) </br> ) </br> Defendant. ) | CASE NUMBER: 2:08-cr-00166 KJM </br> 2:10-cr-00118 KJM </br> </br> ORDER FOR RELEASE </br> OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release David Lee Arnette ; Cases 2:08-cr-00166 and 2:10-cr-0118 from custody for the following reasons:

    **X**    Release Pursuant to 18 U.S.C. § 4243(f)

    **_**    Bail Posted in the Sum of _____

    **_**    Unsecured Appearance Bond in the amount of $

    **_**    Appearance Bond secured by Real Property

    **_**    Corporate Surety Bail Bond

    **X**    (Other) the defendant shall be released to probation officer, Glenn Simon, on Monday, April 30, 2012 at 9:00 a.m.; the defendant will continue on conditions of release imposed on August 3, 2011 and modified on April 25, 2012.

Issued at Sacramento, CA on 4/26/12 at 1:30 p.m.

By _____
Kimberly J. Mueller
United States District Judge