DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DAVID LEE ARNETTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S. 10-118-KJM |
| | Cr. S. 08-166-KJM |
| Plaintiff, | |
| | ORDER TO SEAL REPORT |
| v. | |
| | Date: August 8, 2012 |
| DAVID LEE ARNETTE, | Time: 9:00 a.m. |
| | Judge: Kimberly J. Mueller |
| Defendant. | |

IT IS HEREBY ORDERED that Defendant's Request for Order to Seal be granted and that the report be filed under seal, permitting Assistant United States Attorney Richard Bender and Probation Officer Glenn Simon access to these documents unless otherwise ordered by this Court at a later time.

Dated: August 21, 2012.

_____
UNITED STATES DISTRICT JUDGE