DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
DAVID LEE ARNETTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Nos. CR.S. 08-166-KJM |
| Plaintiff, | CR.S. 10-118-KJM |
| v. | **RELEASE ORDER** |
| DAVID LEE ARNETTE, | |
| Defendants. | JUDGE: Hon. Kimberly J. Mueller |

The court hereby ORDERS that DAVID LEE ARNETTE be CONDITIONALLY RELEASED on Tuesday, September 18, 2012 to the custody of the United States Probation Office.  Mr. Arnette is conditionally released pursuant to 18 U.S.C. § 4243(f) upon the same release conditions and regimen of psychiatric care previously ordered by this court.

IT IS SO ORDERED.

DATED: September 14, 2012.

_____
UNITED STATES DISTRICT JUDGE